**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| **LUO MAO CHEN,** | ) | |
| | ) | |
| **Petitioner,** | ) | **Case No. EDCV 15-1958-DMG (AJW)** |
| | ) | |
| **v.** | ) | |
| | ) | **JUDGMENT** |
| **LORETTA LYNCH, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |
| | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as moot.

DATED: December 8, 2015

_____
DOLLY M. GEE
United States District Judge